UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-11344-GAO

M.H., and N.C., by Her Mother and Next Friend, M.H.,
Plaintiffs,

v.

TOWN OF BELMONT, JOHN PHELAN, DANIEL RICHARDS, and JOHN MULDOON,
Defendants.

ORDER
November 15, 2018

O'TOOLE, D.J.

The defendants' unopposed Motion to Compel Deposition of Witness James Bailey (dkt. no. 34) is GRANTED to the extent it requests an order compelling the attendance of James Bailey to attend his deposition and is otherwise DENIED.

It is HEREBY ORDERED that James Bailey of Dracut, Massachusetts, shall appear and give his testimony at a deposition at a mutually agreeable time and place. A copy of this Order shall be served upon Mr. Bailey at least fourteen (14) days prior to the date set for the deposition.

/s/ George A. O'Toole, Jr.
United States District Judge